IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LEE VOGELSANG,

    Petitioner,               2:08-cv-1991-GEB-KJM-P

    vs.

MICHAEL MARTEL,

    Respondent.             <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 31, 2008, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has not filed objections to the findings and recommendations.[1]

---

[1] Petitioner has filed a request for an extension of time to file an application to file a second or successive habeas petition in the Ninth Circuit Court of Appeals. <u>See</u> Docket Entry #10. Neither this court nor the Ninth Circuit has given plaintiff a deadline to file his application. Therefore, this request is unnecessary.

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule
2 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the
3 entire file, the court finds the findings and recommendations to be supported by the record and by
4 proper analysis.
5    Accordingly, IT IS HEREBY ORDERED that:
6    1. The findings and recommendations filed October 31, 2008, are adopted in full;
7 and
8    2. This action is dismissed without prejudice.
9 Dated:  November 18, 2008

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge