1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GREGORY LEE VOGELSANG,

12          Petitioner,                        2:08-cv-1991-GEB-KJM-P

13      vs.

14   MICHAEL MARTEL,

15          Respondent.                ORDER

16   _____/

17          On November 18, 2008, the court adopted the October 31, 2008 findings and

18   recommendations of the magistrate judge assigned to this case and dismissed petitioner's

19   application for writ of habeas corpus without prejudice.  After judgment was entered, the court

20   received objections to the findings and recommendations from petitioner.  Because it appears the

21   objections were timely, the court will vacate the November 18, 2008 order and consider

22   plaintiff's objections.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24   72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the

25   entire file, the court finds the findings and recommendations filed by the magistrate judge on

26   October 31, 2008 are supported by the record and by proper analysis.  Therefore, despite

1  petitioner's objections to the findings and recommendations, the court will recommend that this

2  action be dismissed without prejudice.

3  Accordingly, IT IS HEREBY ORDERED that:

4  1. The order entered by this court on November 18, 2008 is vacated;

5  2. The findings and recommendations filed October 31, 2008, are adopted in full;

6  and

7  3. This action is dismissed without prejudice.

8  Dated:  January 7, 2009

9

10  _____
GARLAND E. BURRELL, JR.
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26